# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0331

VERSUS

RAYNARDO MASON

**APRIL 15, 2024**

---

In Re: State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-23-04549.

---

**BEFORE: THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

MRT
AHP
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT